**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**BERNICE L. WRIGHT,**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE, Commissioner, Social Security Administration,**

**Defendant.**

**07-CV-47-ST**

**JUDGMENT**

**ALAN STUART GRAF**
P.O. Box 98
Summertown, TN 38483
(931) 964-3123

Attorney for Plaintiff

**KAREN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue
Suite 600
Portland, OR 97204-2902
(503) 727-1053

**MICHAEL MCGAUGHRAN**
Office of the General Counsel
**DAVID J. BURDETT**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue
Suite 2900 M/S 901
Seattle, WA 98104-7075
(206) 615-3748

Attorneys for Defendant

Based on the Court's Opinion and Order (#__) issued June 16, 2008,

**IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

IT IS SO ORDERED.

DATED this 16th day of June, 2008.

/s/ Anna J. Brown
ANNA J. BROWN
United States District Judge